AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

ELWORTH SARGENT,

            Plaintiff,                      JUDGMENT IN A CIVIL CASE

   V.

                                          CASE NUMBER: **3:08-CV-00097-ECR-RAM**

N. D. O. C., et al.,

            Defendants.


___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for Plaintiff's failure to pay the initial partial filing fee.


  _April 9, 2008_                               **LANCE S. WILSON**
                                               Clerk

                                     _/s/ Katie Lynn Ogden_
                                           Deputy Clerk